**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CRISTIAN SANCHEZ on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>ETORO USA LLC,<br><br>Defendant. | Case No. 2:21-cv-13170<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Brooklyn, New York
         September 1, 2021

SO ORDERED.

s/ *Susan D. Wigenton*
HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE
Dated: September 2, 2021

Respectfully submitted,

By: /s/ *Edward Y. Kroub*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*